AUGUST WITTE, Respondent, *v.* THE BROOKLYN CITY RAILROAD COMPANY, Appellant.

(Submitted October 10, 1894; decided October 30, 1894.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made June 26, 1893, which affirmed a judgment in favor of plaintiff, and also affirmed an order denying a motion for a new trial.

*Morris & Whitehouse* for appellant.

*Chas. J. Patterson* for respondent.

Agree to affirm; no opinion.
All concur, except GRAY, J., taking no part.
Judgment affirmed.